IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH WENZEL,
ADC #95265                                                          PLAINTIFF

v.                                    5:07CV00042JMM/HLJ

LARRY NORRIS, et al.                                               DEFENDANTS


<u>JUDGMENT</u>

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure

to prosecute.  The relief sought is denied.

IT IS SO ORDERED this 18th day of April, 2007.




_____
United States District Judge