IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH WENZEL                                                                                         PLAINTIFF

v.                                          5:07CV00042JMM/HLJ

LARRY NORRIS, et al.                                                                              DEFENDANTS

ORDER

Plaintiff's request in his amended complaint to dismiss defendant Larry Norris from this lawsuit (DE #11) is hereby GRANTED.

IT IS SO ORDERED this  28   day of  October , 2008.

_____
United States District Judge