IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH WENZEL                                                              PLAINTIFF

v.                                       5:07CV00042HLJ

LARRY NORRIS, et al.                                                       DEFENDANTS


ORDER

This matter is before the Court on the motion to dismiss filed by defendant Correctional

Medical Services, Inc. (DE #29).   As of this date, plaintiff has not filed a response to the motion.

Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendant's motion

to dismiss within ten (10) days of the date of this Order.  Failure to respond to this Court's Order

shall result in the dismissal without prejudice of the plaintiff's complaint.  See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 10th day of December,  2008.


_____

United States Magistrate Judge