**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JOSEPH WENZEL
PLAINTIFF**

**VS.**                     **CASE NO. 5:07CV00042 JMM/HLJ**

**LARRY NORRIS, et al.
DEFENDANTS**

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that the motion to dismiss filed by defendant CMS is hereby GRANTED.

SO ORDERED this   30   day of  January  , 2009.

_____
UNITED STATES DISTRICT JUDGE