IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH WENZEL                                                              PLAINTIFF

vs.                      Civil Case No. 5:07CV00042JMM/HLJ

LARRY NORRIS, et al.                                         DEFENDANTS

ORDER

Plaintiff originally filed this action pursuant to 42 U.S.C. § 1983 while incarcerated at the Arkansas Department of Correction (ADC), and requested a trial by jury. Plaintiff was later released from incarceration.

This case is now ready to be scheduled for a jury trial before United States District Judge James M. Moody. However, plaintiff currently is proceeding pro se, and is not represented by counsel. While the Court prefers that counsel represent plaintiff in a jury proceeding, before the Court can decide whether to appoint counsel for Plaintiff, he must show he has made a diligent effort on his own to find counsel to handle this case. Therefore, he is required to ask at least three attorneys to take this case. Plaintiff is directed to submit an affidavit on or before June 1, 2009, stating the names of the attorneys he has contacted regarding this case, the dates he spoke with these attorneys, and why they declined to represent him. If the attorneys refuse the case for other than financial considerations, Plaintiff should continue to seek counsel.

SO ORDERED this 30th day of April, 2009.

_____
United States Magistrate Judge