IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH WENZEL                                                                                    PLAINTIFF

v.                                              5:07CV00042HLJ

LARRY NORRIS, et al.                                                                        DEFENDANTS

ORDER

The Court has determined counsel should be appointed to represent the plaintiff in this action.

Pursuant to 28 U.S.C. § 1915(e)(1) and Local Rule 83.7, William T. Marshall, 400 West Capitol, Suite 2891, Little Rock, AR, 72201-3415, 501-374-3818, is hereby appointed to represent plaintiff Joseph Wenzel in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1]  Pursuant to Rule 83.7, counsel must make written application to withdraw within fifteen (15) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 23rd day of July, 2009.

_____
United States Magistrate Judge

---

[1] Counsel may obtain a copy of the case file, on disk, by contacting the Courtroom Deputy.