IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH WENZEL                                                                          PLAINTIFF

v.                                           5:07CV00042JMM/HLJ

LARRY NORRIS, et al.                                                                DEFENDANTS

## ORDER

Plaintiff's motion for reconsideration of this Court's September 29, 2009 Memorandum and Order and Judgment dismissing this case for failure to prosecute (DE #59), is hereby GRANTED. This case shall be RE-OPENED. Plaintiff is reminded of Local Rule 5.5(c)(2), which provides that pro se plaintiffs shall promptly notify the Court of changes in their address.

The Court also has determined that counsel shall be appointed to represent the plaintiff.

Pursuant to 28 U.S.C. § 1915(e)(1) and Local Rule 83.7, Thomas M. Hughes, III, 301 West Arch Street, Searcy, Arkansas, 72143, 501-279-6219, is hereby appointed to represent plaintiff Joseph Wenzel in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1]   Pursuant to Rule 83.7, counsel must make written application to withdraw within fifteen (15) days; otherwise, the appointment will be effective.

---

[1] Counsel may obtain a copy of the case file, on disk, by contacting the Courtroom Deputy.

IT IS SO ORDERED this   20   day of   October   , 2009.

_____
United States District Judge