IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH WENZEL                                                                                    PLAINTIFF

v.                                         5:07CV00042JMM/HLJ

LARRY NORRIS, et al.                                                                         DEFENDANTS

ORDER

The Court has decided to relieve attorney Thomas M. Hughes, III, as counsel for the plaintiff. If counsel has received a copy of the file in this case, counsel is directed to return same to: United States District Court Clerk, 600 West Capitol Ave., Room 402, Little Rock, AR 72201-3325.

Pursuant to Local Rule 83.7, Charles D. Harrison, 711 West Third Street, Little Rock, AR 72201, 501-396-5431, is hereby appointed to represent plaintiff Joseph Wenzel in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1]   Pursuant to Rule 83.7, counsel must make written application to withdraw within fifteen (15) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 4th day of November, 2009.

_____
United States Magistrate Judge

---

[1] Counsel may obtain a copy of the case file on disk by contacting the Courtroom Deputy.