**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JOSEPH WENZEL,                                                                                            PLAINTIFF
ADC #95265

v.                                        5:07-cv-00042-JMM-JJV

LARRY NORRIS, Director,
Arkansas Department of Correction; *et al*.                                                 DEFENDANTS

## ORDER

Plaintiff's Motion for Voluntary Dismissal Without Prejudice as to Defendant Herman Jonak (Doc. No. 80) is hereby GRANTED.

IT IS SO ORDERED this  8  day of   December , 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE