**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOSEPH WENZEL,
ADC #95265                                                                                              PLAINTIFF

5:07-cv-00042-JMM-JJV

LARRY NORRIS, Director, Arkansas
Department of Correction; *et al*.                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

DATED this  7   day of  March , 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE